## Exhibit A to the Complaint

**Location:** Elmont, NY  
**Total Works Infringed:** 24  

**IP Address:** 173.68.173.160  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash:<br>C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 06-20-2022 05:08:33 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 2 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash:<br>1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 04-26-2022 22:58:10 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 3 | Info Hash: 4921C69C7C859498B8BF4A2FB83A9C6AA67D2CEE<br>File Hash:<br>EC1B7612C0DBBD5C4169639D43F31F14FEBE57A1AAA46F4231D33BC5F257BC93 | 04-26-2022 22:57:00 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 4 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash:<br>A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 04-26-2022 22:56:51 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 5 | Info Hash: E2AF5212D0CB21D08E0F0499010A5D18FF3B2C44<br>File Hash:<br>555F9DF51CF13CB23920D4C349847E4499EE767ACD319A5613CAB5CB94B1F35C | 12-13-2021 19:22:09 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 6 | Info Hash: 9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash:<br>CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 11-29-2021 00:44:30 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 7 | Info Hash: FF7A248CB1917FE0B640DF3BAF9478EE988C020E<br>File Hash:<br>63738DCB991394F33CAE976CF9E706725031BEB6577331314D6D38993309080C | 11-23-2021 07:44:27 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 8 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash:<br>CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 11-23-2021 07:43:34 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 9 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash:<br>3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 11-23-2021 07:37:58 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 10 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-15-2021 07:26:43 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 11 | Info Hash: 31B974DCDF2548CFD5F55B89DC321DAA89C91B36<br>File Hash:<br>8A964EA016BF47E08DCB07F16975016B58A018D9DF6AE6825FAD3F3ADA8B3E4B | 10-26-2021 17:00:41 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F348E54473AA7BCD44F0F5807A63B5F1F9E1038B<br>File Hash: 153C3D4994F0A610C0D2A6E1408ED4D1D2C8CD7777977540229122BE33646B7B | 10-20-2021 06:06:34 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 13 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-10-2021 05:49:13 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 14 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD<br>File Hash: 5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 07-06-2021 06:34:40 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 15 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-08-2021 15:27:37 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 16 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash: 08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 05-24-2021 16:21:44 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 17 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 05-05-2021 02:10:31 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 18 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-04-2021 01:13:38 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 19 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 01-25-2021 23:12:07 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 20 | Info Hash: 11920ADA01BA253B6C1BE3F15E8706CB590B8753<br>File Hash: 229C4355EEDEDA52C7E90C40B6C084B17A9715EDF0C15EBE2A51C97A26436AAD | 01-16-2021 18:34:43 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 21 | Info Hash: 20D2DFB8A9D1E65AFF9CB52590761413AC2BD837<br>File Hash: 28B6C550ACA75BFFDB14BB0C16135FBE0D9BAF310C913BD24D8A607501B949B3 | 12-24-2020 01:43:03 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 22 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12-11-2020 01:11:33 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 23 | Info Hash: 8C6947272066C57583DEA1BE22B4EFA1FDEC3934<br>File Hash: 801B8F13DDE9E2FC8D78067FB02B263C63FE02F8E3E8891FA483BEA0B65C3885 | 10-31-2020 22:59:37 | Tushy | 04-05-2020 | 04-17-2020 | PA0002237308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash:<br>29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10-24-2020 03:10:45 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |